# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-441

Hi-Tech Dent Removal, Inc., an Illinois corporation

    Plaintiff(s),

v.

Ergash Akhatov, an individual
and
Semurg Dent Removal, Inc., a Colorado corporation

    Defendant(s).

## NOTICE OF REMOVAL TO FEDERAL COURT BASED ON 28 U.S.C. § 1332

## AND JURY DEMAND

Undersigned counsel for Defendants Ergash Akhatov ("Akhatov") and Semurg Dent Removal, Inc. ("Semurg"), hereby submit this Notice of Removal to Federal Court based on the following:

1. "Federal district courts shall have original jurisdiction over all civil actions where the matter in controversy exceeds the sum or value of $75,000 … and is between citizens of different states." 28 U.S.C. § 1332.

2. Per District of Colorado Local Rule of Civil Procedure 81.1, notices of removal shall comply with the requirements of 28 U.S.C. §1446.

3. 28 U.S.C. § 1446(a) states that a "short and plain statement of the grounds for removal" shall be filed with the federal court in addition to "a copy of all process, pleadings, and orders served upon" the defendant in the action.

4. 28 U.S.C. § 1446(b) requires that the notice of removal "shall be filed within 30 days after" the defendant receives a copy of the initial pleading.

**Statement of Conferral**

5. Plaintiffs have informed Defendants that they object to this motion for removal.

**Background Details of State Case**

6. The case for removal is 2019-CV-30082, filed in the State District Court for the City and County of Denver. The claims for relief on this action involve an alleged breach of contract.

7. Plaintiff Hi-Tech Paintless Dent Repair, Inc. ("Hi-Tech"), is an Illinois corporation, as plainly stated in the Summons and Complaint.

8. Per the Colorado Secretary of State's business registration records, Plaintiff is a "Foreign Corporation" from Illinois with its principal place of business as 1030 S Milwaukee Ave, Wheeling, IL 60090.

9. Defendant Akhatov is an individual with his place of residence in Colorado. Defendant Semurg is a Colorado corporation, as plainly stated in the Summons and Complaint and confirmed by the Colorado Secretary of State business registration records.

10. The amount in controversy is over $75,000. On page four of the attached Summons and Complaint, specifically in the District Court civil cover sheet, Plaintiff has checked the box stating "A monetary judgment over $100,000 is sought by a party against any other single party… [this amount] excludes interest and costs."

11. In addition, on page seven of the Summons and Complaint (which is page 3 of the actual complaint) Plaintiff states that the amount in controversy is $170,888.56.

12. There are currently no hearings set in the State case, and no responsive pleadings have been filed with the exception of the attached Summons and Complaint.

## Compliance with 28 U.S.C. 1446

13. Defendants Akhatov and Semurg were served with the attached Summons and Complaint on January 15, 2019.

14. Defendants are within the 30-day time limit as required by 28 U.S.C. § 1446(b).

15. A copy of the Summons and Complaint and the contract in question, the only documents filed thus far in the case, is attached.

## Jury Demand

16. Defendant demands a jury trial on all issues so triable.

## Diversity Jurisdiction under 28 U.S.C. § 1332

17. As stated above, Plaintiff is an Illinois corporation while Defendants reside and have their principal place of business in Colorado. There is complete diversity between the parties.

18. As stated above, the amount in controversy is over $75,000.

19. Therefore, diversity jurisdiction applies and the Federal District Court has original jurisdiction over this action under 28 U.S.C. § 1332.

Respectfully submitted,

Tyler Jeffery, Esq., Atty. Reg. #: 48460
Kishinevsky & Raykin, Attorneys at Law
2851 South Parker Road, Suite 150
Aurora, CO 80014
Telephone: (720) 748-8888
E-mail: tyler@coloradolawteam.com
Attorney for Defendant

ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I certify that on February 14, 2019, a true and accurate copy of this NOTICE OF REMOVAL TO FEDERAL COURT BASED ON 28 U.S.C. § 1332 was served Certified Mail and by email to:

Robert Hoban
Keenan Jones
Darren Kaplan
Hoban Law Group
730 17th St, Suite 420
Denver, CO 80202
bob@hoban.law
keenan@hoban.law
darren.kaplan@hoban.law

*/s/Tyler Jeffery*
Tyler Jeffery
