IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00441-NYW

HI-TECH PAINTLESS DENT REPAIR, INC., an Illinois corporation

    Plaintiff (s).

v.

ERGASH AKHATOV, an individual; and
SEMURG DENT REMOVAL, INC., a Colorado corporation

    Defendant(s).

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS

Plaintiff Hi-Tech Paintless Dent Repair, Inc. ("Plaintiff"), by and through undersigned counsel, hereby files its Motion for Attorneys' Fees pursuant to D. Colo. L.Civ.R 54.3. Plaintiff requests an award of attorneys' fees in the amount of $11,450.50 and costs and expenses in the amount of $5.30, representing amounts incurred through May 23, 2019.

Plaintiff filed its action in the District Court for the City and County of Denver (Case No.19CV30082) on January 9, 2019, seeking damages from Ergash Akhatov, an individual residing in Colorado, and Semurg Dent Removal, Inc., a Colorado corporation ("Semurg," and together with Mr. Akhatov, the "Defendants"), for Defendants' breach of contract, tortious interference of contract, unjust enrichment, and fraudulent transfer, all claims for relief arising solely out of Colorado state law. On February 14, 2019, Defendants filed their Notice of Removal with this Court pursuant to 28 U.S.C. § 1446. The removal was based solely on diversity of citizenship pursuant to 28 U.S.C. § 1332.

Plaintiff filed its Entry of Appearance and Motion for Remand ("Motion") on March 13, 2019, requesting that this case be remanded to the District Court for the City and County of Denver, State of Colorado. On April 12, 2019, the Court entered its Order granting Plaintiff's Motion and remanded this case to Denver County District Court. The Court further granted Plaintiff's request for costs and expenses, including attorney fees, incurred as a result of the improper removal pursuant to 28 U.S.C. § 1447(c), ordering Plaintiff to file a bill of costs and motion for attorney fees.

**I.    Attorneys' Fees**

Three attorneys and one paralegal worked on the above-captioned case: Senior Associate Attorney Samuel J. Scheurich ("SJS"), Senior Associate Attorney Keenan M. Jones ("KMJ"), Associate Attorney Darren B. Kaplan ("DBK"), and Paralegal Nicole N. Chapman ("NC"). The following is a summary by timekeeper of Plaintiff's counsel's time and fees:

| Timekeeper | Hours | Rate[1] | Total |
|---|---|---|---|
| Samuel J. Scheurich | 3.9 | $330.00 | $1,287.00 |
| Keenan M. Jones | 1.7 | $315.00 | $535.50 |
|  | 6.8 | $275.00 | $1,870.00 |
| Darren B. Kaplan | 5.6 | $275.00 | $1,540.00 |
|  | 9.0 | $250.00 | $2,250.00 |
| **Subtotal Attorney Time** | **27** |  | **$7,482.50** |
|  |  |  |  |
| Nicole N. Chapman | 18.8 | $160.00 | $3,008.00 |
|  | 6.4 | $150.00 | $960.00 |
| **Subtotal Paralegal Time** | **25.2** |  | **$3,968.00** |
|  |  |  |  |
| **TOTAL** | **52.2** |  | **$11,450.50** |

The Declaration of Keenan Jones, attached hereto as Exhibit 1, labels billing entries by category, explained in greater detail below.

---

[1] Hoban Law Group increased its attorneys' and paralegals' hourly rates on March 16, 2019, as part of its annual hourly rate adjustment. This occurred during the pendency of Defendants' efforts to remove this matter to federal court. Mr. Scheurich started at Hoban Law Group on March 18, 2019.

### A. Removal of Case to Federal Court

Defendants filed their Notice of Removal to Federal Court Based on 28 U.S.C. § 1332 and Jury Demand (Docket No. 1) on February 14, 2019. Plaintiff's counsel and paralegals spent a total of 4 hours working on removal issues (KMJ spent 2.0 hours, DBK spent 0.8 hours, and NC spent 1.2 hours).

### B. Motion for Remand and Motion to Stay Proceedings

Plaintiff filed its Entry of Appearance and Motion for Remand (Docket No. 13) and Motion to Stay Pending Ruling on Plaintiff's Motion for Remand (Docket No 14) on March 13, 2019. Plaintiff's counsel and paralegal spent 4.7 hours on its Motion to Stay (KMJ spent 1.6 hours, DBK spent 1. hours, and NC spent 1.5 hours), which was denied by the Court.  Counsel spent an additional 15.4 hours fully briefing Plaintiff's Motion for Remand (SJS spent 1.6 hours, KMJ spent 1.5 hours, DBK spent 9.8 hours, and NC spent 2.5 hours). The Court entered its Order (Docket No. 29 - no document) on April 12, 2019, granting Plaintiffs Motion for Remand and ordering Plaintiff to file a bill of costs and motion for attorneys' fees by May 26, 2019.

### C. Motion to Dismiss

Defendants filed their Motion to Dismiss for Failure to State a Claim Under F.C.R.P. 12(b)(6) (Docket No. 24) on April 2, 2019. Plaintiff's counsel and paralegal spent 1.4 hours (KMJ spent 0.9 hours, and DBK spent 0.5 hours) researching, conferring, and briefing dismissal issues.

### D. Consent to Magistrate, Status Conference and Scheduling Order

Plaintiff's counsel and paralegal devoted 5.8 hours (SJS spent 1.9 hours, KMJ spent 1.1 hours, DBK spent 1.1 hours, and NC spent 1,7 hours) to joint and routine administrative pleadings necessitated by Defendants' improper removal, including setting the Scheduling Conference

(Docket No. 15-no document), Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction (Docket No. 16), and Proposed Scheduling Order (Docket No. 27).

  **E.** **Client Communications and Other Administrative**

After removal, Plaintiff's counsel and paralegal dedicated 2.1 hours (KMJ spent 0.1 hours, DBK spent 0.3 hours, and NC spent 1.7 hours) to correspondence and communications with Plaintiff to discuss issues, status, and other aspects of the case, and other administrative case management tasks associated with removal.

  **F.** **Motion for Attorneys' Fees**

Finally, Plaintiff's counsel and paralegal dedicated 18.8 hours (SJS spent 0.4 hours, KMJ spent 1.3 hours, DBK spent 0.5 hours, and NC spent 16.6 hours) to drafting this motion for attorneys' fees and compiling supporting documentation.

**II.** **Costs**

Plaintiff's counsel's costs are set fourth in Exhibit 2 to the Declaration of Keenan M. Jones. All costs and expenses for which Plaintiff's counsel seeks reimbursement are reasonable.

WHEREFORE Plaintiff respectfully requests that the Court award its attorneys' fees in the amount of $11,450.50 and costs and expenses in the amount of $5.30, representing amounts incurred through May 23, 2019.

Respectfully submitted this 24th day of May, 2019.

                     HOBAN LAW GROUP

                     s/ Keenan M. Jones
                     Keenan M. Jones, #45417
                     730 17th Street, Suite 420
                     Denver, CO 80238
                     P: (303) 674.7000
                     F: (303) 382.4685
                     keenan@hoban.law
                     *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this 24th day of May, 2019, a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR ATTORNEYS' FEES was electronically filed with the Clerk of the United States District Court for the District of Colorado using its CM/ECF system and served the same via the CM/ECF system on all counsel of record:

Tyler Jeffery, Esq.
Igor Raykin, Esq.
KISHINEVSKY & RAYKIN, ATTORNEYS AT LAW
2851 South Parker Road, Suite 150
Aurora, CO 80014
*Attorneys for Defendants*

U.S. District Court
901 19th Street
Denver, CO 80294

                 s/ Nicole N. Chapman